John A. Leja  (*Pro Hac Vice*)
**POLSINELLI SHUGHART PC**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601-3316
Telephone:  (312) 819-1900
Facsimile: (312) 819-1910

Daniel J. O'Rielly (State Bar No. 214846)
**O'RIELLY & ROCHE LLP**
333 S. Grand Ave. 25th Floor
Los Angeles, California 90071
Telephone:   (213) 943-1300
Facsimile:    (213) 943-1301

Attorneys for Defendant
SHAREASALE.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ESSOCIATE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE WHALER INVESTMENTS, LLC, ET AL.,<br><br>Defendants. | Case No. 2:10-cv-02107- JVS(MLGx)<br>consolidated with<br>Case No. 2:10-cv-06892-JVS(MLGx)<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER** |

WHEREAS, the parties have, through counsel, stipulated to the entry of a Protective Order to prevent the unnecessary dissemination or disclosure of certain documents, transcripts, records, and other things that constitute or contain confidential or protected information within the meaning of Federal Rule of Civil Procedure 26(c); and

WHEREAS, the parties have stipulated that good cause exists for the entry of a

Protective Order in accordance with Rule 26(c) to protect against improper disclosure of confidential information produced or disclosed in this litigation;

THE STIPULATED PROTECTIVE ORDER AGREED TO AND EXECUTED BY THE PARTIES IS HEREBY APPROVED AND ENTERED.

**IT IS SO ORDERED**.

Dated: April 22, 2011   _____
The Honorable Marc L. Goldman
United States Magistrate Judge

**Polsinelli Shughart PC**

By:   /s/ John A. Leja

John A. Leja
Attorneys for Defendant ShareASale.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESSOCIATE INC., <br><br> Plaintiff, <br><br> vs. <br><br> BLUE WHALER INVESTMENTS, LLC, ET AL., <br><br> Defendants. | Case No. 2:10-cv-02107- JVS(MLGx) <br> consolidated with <br> Case No. 2:10-cv-06892-JVS(MLGx) <br><br> **STIPULATED PROTECTIVE ORDER** |

# EXHIBIT A –
## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I, _____declare that:

I reside at _____in the city of _____, county _____state of _____.

I am currently employed by _____located at _____and my current job title is _____. In addition, I am working as a consultant to _____.

My relationship to plaintiff/defendant is _____.

I have read and believe I understand the terms of the Stipulated Protective Order filed in Civil Action No. 2:10-cv-02107-JVS, pending in the United States District Court for the Central District of California. I agree to comply with and be bound by the

provisions of the Stipulated Protective Order.

I understand that any violation of the Stipulated Protective Order may subject me to sanctions by the Court, civil liability, criminal liability, or any combination of the above.

I submit myself to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing or otherwise providing relief relating to the Protective Order.

I agree to abide by the terms set forth as follows:

I shall not divulge any materials, or copies of materials, designated "CONFIDENTIAL" that are obtained in accordance with the Stipulated Protective Order, or the contents of such materials, to any person other than those specifically authorized by the Stipulated Protective Order. I shall not copy or use such materials except for the purposes of this litigation and in accordance with the terms of the Stipulated Protective Order.

As soon as is practical, but no later than 30 days after final termination of this litigation, I shall return any materials in my possession designated "CONFIDENTIAL" to the attorney from whom I received such materials. I shall also return to that attorney, at that time, all copies, excerpts, summaries, notes, digests, abstracts, and indices relating to such materials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                Date                                              Signature