Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:  (206) 274-2800
Facsimile:  (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

JS-6

Aidan W. Butler, State Bar No. 208399
tocontactaidan@gmail.com
3550 Wilshire Boulevard, Suite 1924
Los Angeles, CA 90010
Telephone:  (213) 388-5168
Facsimile:  (213) 388-5178

Attorney for Defendant
DIRECT ROI, L.L.C.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE WHALER INVESTMENT, LLC, et al.;<br><br>Defendants. | Case No**. CV10-2107 JVS (MLGx)**<br>Consolidated with CV 10-06892-JVS(MLGx)<br><br>Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Assigned to Hon. James V. Selna<br>Courtroom C |

1
**[PROPOSED] ORDER GRANTING JOINT MOTION FOR
DISMISSAL WITH PREJUDICE OF DEF. DIRECT ROI, L.L.C.**

1. Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff Essociate, Inc.'s claims against Defendant Direct ROI, L.L.C. The Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-captioned action by Plaintiff Essociate, Inc. against Defendant Direct ROI, L.L.C. are hereby dismissed with prejudice.

It is furthered ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

Dated: July 30, 2012

_____
The Honorable James V. Selna
U.S. District Court Judge